IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| BRADLEY W. EDWARDS, | ) |
| Plaintiff | ) ) ) |
| v. | ) ) ) Civil Action File |
| APEX SYSTEMS, INC., | ) No. 1:12-CV-04454-CAP ) |
| Defendant. | ) ) |

**PLAINTIFF BRADLEY W. EDWARDS'S NOTICE
OF SUPPLEMENTAL AUTHORITY**

Plaintiff Bradley W. Edwards ("Edwards") files this Notice of Supplemental Authority to bring to this Court's attention a recent ruling in Virginia which has heightened Edwards' need for emergency relief from this Court. The Virginia ruling affects both Edwards' Motion for Interlocutory Injunction and Apex Systems, Inc.'s ("Apex") Motion to Dismiss, or in the alternative, to Stay Proceedings.

As discussed in those motions, Apex had sued Edwards in Virginia state court regarding the enforceability of restrictive covenants. On March 1, 2013, the Virginia court held a hearing on Edwards' motion to dismiss and demurrer filed in that action. From the bench, the Virginia court ruled that:

1. The forum selection clause selecting Virginia is enforceable under Virginia law and that venue was therefore proper in Virginia;

2. The choice of law provision selecting Virginia law is enforceable under Virginia law and therefore Virginia law applies to the employment agreement and its restrictive covenants; and

3. The employment agreement, and its restrictive covenants, are prima facie enforceable under Virginia law.

The restrictive covenants are clearly unenforceable under Georgia law and it is now undisputed that the Virginia court nevertheless intends to enforce them against a Georgia employee, contrary to strong Georgia public policy. Thus, as discussed in Edwards' briefs, the forum selection clause in the employment agreement is unenforceable under Georgia law. Edwards is entitled to a preliminary injunction and Apex's motion to dismiss should be denied.

Edwards has ordered a transcript of the Virginia proceedings and will file it with this Court as soon as possible. Likewise, as soon as the Virginia court enters an order in writing, Edwards will file it with this Court.

This 1st day of March, 2013.

/s/ Heather H. Sharp
Richard L. Robbins
Georgia Bar No. 608030
Josh Belinfante
Georgia Bar No. 047399
Heather H. Sharp
Georgia Bar No. 671545
ROBBINS ROSS ALLOY BELINFANTE
	LITTLEFIELD LLC
999 Peachtree Street, N.E., Suite 1120
Atlanta, GA  30309-3996
Tel: (678) 701-9381
Fax: (404) 856-3250

*Attorneys for Plaintiff*

## **CERTIFICATE OF SERVICE AND TYPEFACE**

I hereby certify that on this day, I electronically filed the foregoing **PLAINTIFF BRADLEY W. EDWARDS'S NOTICE OF SUPPLEMENTAL AUTHORITY** which is typed in Times New Roman 14 point in compliance with the local rule, with the Clerk of Court using the CM/ECF system which will send email notification of such filing to all attorneys of record.

This 1st day of March, 2013.

*/s/ Heather H. Sharp*
Heather H. Sharp